# LAW OFFICES OF
# Murray Richman

2027 Williamsbridge Rd., Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

OF COUNSEL
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Brian A. Jacobs, Esq.
Don K. Taylor - Paralegal

April 23, 2013

The Honorable Judge Dora Lizette Irizarry
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: **United States of America v. Bajram Lajqi**
Cr. No. 11-486 (S-1)(DLI)

Dear Judge Irizarry,

> [Handwritten annotation:] To be filed on the public docket without the attachment, which is sealed. Defense counsel is to desist from attaching any further email communications from his clients to counsel's filings with the court. Moreover, far from being threatening, defendants' email was completely conciliatory in nature. The court will address counsel's motion to be relieved at a hearing to be scheduled. So ordered.
> Dated: Brooklyn, NY 4/26/13
> S/ Dora L. Irizarry
> USDJ

I respectfully request that this submission be filed under seal because it involves my client's mental health in addition to the attorney-client relationship between me, Mr. Brian Jacobs, and Mr. Lajqi.

My office received this e-mail today and I am forwarding it to the Court so that you may be kept abreast of the current situation. We are at this point, dealing with an extremely volatile client who has made implicit threats but seems to discount the seriousness of his behavior. I again reiterate that it has become nearly impossible for us to engage with Mr. Lajqi in a productive manner because of his irrational and hostile suspicions. I do believe our relationship interferes with meaningful representation and would ask the Court to consider relieving our office.

Respectfully Submitted,

Murray Richman, Esq.