

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLT
F.#2011R01661/NY-NYE-648Z

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 15, 2013

<u>By ECF and E-mail</u>

Jaime L. Turton
United States Probation Officer
Eastern District of New York

      Re: <u>United States v. Bajram Lajqi</u>
           <u>Criminal Docket No. 11-486 (S-1)(DLI)</u>

Dear Mr. Turton:

    The government respectfully submits this letter pursuant to Fed. R. Crim. P. 32(f) to advise the Probation Department of the government's proposed corrections in the Presentence Investigation Report ("PSR") for the above-referenced defendant, who is scheduled to be sentenced on November 15, 2013.

    Since the preparation of the PSR, the following defendants have been sentenced (PSR page 3):

- Hector Flores (15 days custody; 1 year sup. release)
- Brian Dublynn (54 months' custody; 3 years' sup. release)
- Ibrahim Kurti (time served; 1 year sup. release)
- Nikola Lukaj (60 months' custody; 3 years' sup. release)
- Magdalena Nikollaj (1 year probation)
- Lester Zaborksi (4 years' probation)
- Agron Zenelaj (46 months' custody; 3 years' sup. release)

The government has no other objections or proposed corrections to the PSR.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By:    /s/
       Steven L. Tiscione
       Gina M. Parlovecchio
       Assistant U.S. Attorneys
       (718) 254-6317/6228

cc:  Murray Richman, Esq. (by ECF)
    Clerk of Court (DLI) (by ECF)