**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLT                                     *271 Cadman Plaza East*
F.#2011R01661/NY-NYE-648Z               *Brooklyn, New York 11201*

November 18, 2013

By Hand and ECF
The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

              Re:  United States v. Bajram Lajqi
                   Criminal Docket No. 11-486 (S-1)(DLI)

Dear Judge Irizarry:

        The government respectfully submits this letter in
accordance with the Court's order requesting that the government
obtain a status report as to the health of defendant Bajram
Lajqi, who failed to be produced in Court for the originally-
scheduled sentencing date due to his alleged illness.

        Undersigned counsel has consulted with legal counsel
for the Metropolitan Detention Center.  According to MDC
physicians, Bajram Lajqi was fit enough to go to Court last week
and was not suffering from any physical ailment that would have
prevented him from being transported.  MDC physicians also
stated that while Lajqi is currently undergoing rehabilitation
at an outside facility, he is physically capable of being
transported to Court and fit enough to go forward with
sentencing tomorrow.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        United States Attorney
                        Eastern District of New York

              By:    /s/
                     _____
                     Steven L. Tiscione
                     Assistant U.S. Attorney
                     (718) 254-6317

cc:  Murray Richman, Esq. (by ECF)